No. 41518.—Protests 946855–G, etc., of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of kazoos similar to those the subject of Abstract 32264. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 41519.—Protest 618791–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of balls similar to those the subject of Abstract 27179. The claim at 30 percent under paragraph 1502 was therefore sustained.

No. 41520.—Protest 694661–G of S. Lisk & Bro. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) tennis rackets at 30 percent under paragraph 1502, *Woolworth* v. *United States* (T. D. 48573) followed; (2) rubber novelties similar to those the subject of Abstract 25607 at 25 percent under paragraph 1537(b); and (3) noisemakers in chief value of metal at 45 percent under paragraph 397, Abstract 25607 followed.

No. 41521.—Protests 865046–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) squawker balloons and so-called cigarette whistles or noisemakers, not toys, in chief value of bamboo, at 45 percent under paragraph 409, Abstracts 40493 and 39509 followed; (2) tennis rackets similar to those the subject of *Woolworth* v. *United States* (T. D. 48573) at 30 percent under paragraph 1502; and (3) siren whistles and horns like those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397.